| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)*      Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Future Valley Construction, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    **45-4887478**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6200 Lake Ming Rd. Unit A-7 Bakersfield, CA 93306** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kern** | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor **Future Valley Construction, Inc.**　　　　Case number (*if known*)
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　　When _____　　Case number _____
District _____　　When _____　　Case number _____

Debtor **Future Valley Construction, Inc.**     Case number (*if known*) _____
      Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No<br>☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated Assets | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Future Valley Construction, Inc.**　　　　　　　　　　Case number (*if known*)_____
　　　　Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|---|---|---|---|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Future Valley Construction, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 28, 2022**
MM / DD / YYYY

X **/s/ Chuck R. Thomason**
Signature of authorized representative of debtor

**Chuck R. Thomason**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ D. Max Gardner**
Signature of attorney for debtor

Date **November 28, 2022**
MM / DD / YYYY

**D. Max Gardner 132489**
Printed name

**D. Max Gardner, Attorney at Law**
Firm name

**930 Truxtun Avenue**
**Suite #203**
**Bakersfield, CA 93301**
Number, Street, City, State & ZIP Code

Contact phone **661-888-4335**     Email address **dmgardner@dmaxlaw.com**

**132489 CA**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Future Valley Construction, Inc.** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Austin Thomason** 700 Partridge Ave. Bakersfield, CA 93309 | | **Personal loan** | | | | $60,833.72 |
| **California Building Products** 2671 N. Fordham Ave. Fresno, CA 93727-8614 | | **Goods/Services** | | | | $16,085.00 |
| **DRS Engineering, Inc.** P.O. Box 486 Bakersfield, CA 93390 | | **Goods/Services** | | | | $2,666.26 |
| **DSC Painting** PO Box 20216 Bakersfield, CA 93390 | | **Goods/Services** | | | | $6,537.86 |
| **Hubble & Associates** 6101 F. Street Ste 100 Bakersfield, CA 93301 | | **Goods/Services** | | | | $6,562.00 |
| **JoAnn Georgio** 14035 Rosedale Hwy Sp 10 Bakersfield, CA 93314-9688 | | **Goods/Services** | | | | $14,868.00 |
| **Kathy J. Grahek** 221 Olive St. Oak View, CA 93022 | | **Personal loan** | | | | $600,000.00 |

Debtor **Future Valley Construction, Inc.**     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Krazan & Associates Inc.** 215 West Dakota Ave. Clovis, CA 93612 | | **Goods/Services** | | | | $7,918.00 |
| **Le Beau Thelen** 5001 Commercenter Dr. Suite 300 Bakersfield, CA 93309 | | **Goods/Services** | | | | $4,620.00 |
| **McKee Ward Mechanical** 12630 Snow Rd. Bakersfield, CA 93314 | | **Goods/Services** | | | | $4,311.00 |
| **Milwood Cabinet Company** 2321 Virginia Bakersfield, CA 93307 | | **Goods/Services** | | | | $20,566.00 |
| **Pinnacle Surveying & Engineering Service** 20412 Brian Way Ste 2A Tehachapi, CA 93561 | | **Goods/Services** | | | | $4,845.00 |
| **Prather Drywall** PO Box 9394 Bakersfield, CA 93389-9394 | | **Goods Services** | | | | $25,303.00 |
| **San Joaquin Engineering** 200 New Stine Rd. Suite 175 Bakersfield, CA 93309 | | **Goods/Services** | **Disputed** | | | $45,000.00 |
| **Strong Engineering** 15327 Calavria Ct. Bakersfield, CA 93314 | | **Goods/Services** | | | | $35,358.50 |
| **Superior Sanitation** 2260 South Union Ave Bakersfield, CA 93307 | | **Goods/Services** | | | | $2,290.78 |

Debtor **Future Valley Construction, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **The Bakersfield Californian** **3700 Pegasus Sr. Ste 100** **Bakersfield, CA 93308-6803** | | **Goods/Services** | | | | $4,100.00 |
| **United Site Services** **PO Box 1870** **Ashland, VA 23005-4870** | | **Goods/Services** | | | | $5,038.27 |
| **WC Landscapes** **9530 Hageman Rd. Ste. B531** **Bakersfield, CA 93312** | | **Goods/Services** | | | | $7,600.00 |
| **Wilson Brothers Roofing** **10024 Rosedale Hwy** **Bakersfield, CA 93312** | | **Goods/Services** | | | | $35,972.00 |

AAA Quality Services
PO Box 535
Farmersville, CA 93223

Austin Thomason
700 Partridge Ave.
Bakersfield, CA 93309

California Building Products
2671 N. Fordham Ave.
Fresno, CA 93727-8614

California Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Bankruptcy Section MS A-340
Sacramento, CA 95812-2952

Carroll Plumbing & Main
2825 De La Vina St.
Santa Barbara, CA 93105

Cavu Rock LLC

Container All
510 Castillo St.
Ste 340
Santa Barbara, CA 93101

DRS Engineering, Inc.
P.O. Box 486
Bakersfield, CA 93390

DSC Painting
PO Box 20216
Bakersfield, CA 93390

Duke Engineering
44732 Yucca Ave.
Lancaster, CA 93534

FCI Lending Services Inc.
PO Box 27370
Anaheim, CA 92809-0112

Forege Trust Co.
PO Box 7080
San Carlos, CA 94070


Frank Gammichia
2766 Lyle St.
Sarasota, FL 34237


Hubble & Associates
6101 F. Street
Ste 100
Bakersfield, CA 93301


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


JoAnn Georgio
14035 Rosedale Hwy
Sp 10
Bakersfield, CA 93314-9688


John B Linford
PO Box 12678
Bakersfield, CA 93389-2578


John Deere Financial
PO Box 6600
Johnston, IA 50131-6600


Kathy J. Grahek
221 Olive St.
Oak View, CA 93022


Krazan & Associates Inc.
215 West Dakota Ave.
Clovis, CA 93612


La Costa LOans
703 Palomar Airport
Suite 225
Carlsbad, CA 92011

```
Le Beau Thelen
5001 Commercenter Dr.
Suite 300
Bakersfield, CA 93309


Logan Investments
12725 Ventura Blvd
Ste B
Studio City, CA 91604


McKee Ward Mechanical
12630 Snow Rd.
Bakersfield, CA 93314


Milwood Cabinet Company
2321 Virginia
Bakersfield, CA 93307


Pinnacle Surveying & Engineering Service
20412 Brian Way Ste 2A
Tehachapi, CA 93561


Prather Drywall
PO Box 9394
Bakersfield, CA 93389-9394


Robert & Rosina Korda LT 8/28/2022
12725 Ventura Blvd
Ste B
Studio City, CA 91604


San Joaquin Engineering
200 New Stine Rd.
Suite 175
Bakersfield, CA 93309


Sequuoia Loan Servicing Inc.
PO Box 12725 Ventura Blvd,
Ste B
Studio City, CA 91604


Strong Engineering
15327 Calavria Ct.
Bakersfield, CA 93314
```

```
Superior  Sanitation
2260 South Union Ave
Bakersfield, CA 93307


The Bakersfield Californian
3700 Pegasus Sr.
Ste 100
Bakersfield, CA 93308-6803


The Tom Lippman Enterprise
PO Box 6875
Santa Rosa, CA 95406-0875


United Site Services
PO Box 1870
Ashland, VA 23005-4870


United States Attorney
For Internal Revenue Service
2500 Tulare St. Ste. 4401
Fresno, CA 93721


Urners Inc.
4110 Wible Rd.
Bakersfield, CA 93313


US Securities & Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower St.
Ste 900
Los Angeles, CA 90071-9591


Wall Wall & Peake
1920 20th St.
Bakersfield, CA 93301


WC Landscapes
9530 Hageman Rd.
Ste. B531
Bakersfield, CA 93312


Wilson Brothers Roofing
10024 Rosedale Hwy
Bakersfield, CA 93312
```

# United States Bankruptcy Court
### Eastern District of California

In re    **Future Valley Construction, Inc.**        Case No. _____
                           Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Future Valley Construction, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 28, 2022** | **/s/ D. Max Gardner** |
| Date | **D. Max Gardner 132489** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Future Valley Construction, Inc.** |
| | **D. Max Gardner, Attorney at Law** |
| | **930 Truxtun Avenue** |
| | **Suite #203** |
| | **Bakersfield, CA 93301** |
| | **661-888-4335 Fax:661-591-4186** |
| | **dmgardner@dmaxlaw.com** |