# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re

**Future Valley Construction, Inc.**

)
)
)
)     Case No.
)
)
)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:     **November 28, 2022**          /s/ Chuck R. Thomason
                                           Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100   (Rev. 6/20/17)

Future Valley Construction, Inc.

AAA Quality Services

PO Box 535

Farmersville, CA 93223

Austin Thomason

700 Partridge Ave.

Bakersfield, CA 93309

California Building Products

2671 N. Fordham Ave.

Fresno, CA 93727-8614

California Franchise Tax Board

Bankruptcy Unit

P.O. Box 2952

Bankruptcy Section MS A-340

Sacramento, CA 95812-2952

Carroll Plumbing & Main

2825 De La Vina St.

Santa Barbara, CA 93105

Cavu Rock LLC

Container All

510 Castillo St.

Ste 340

Santa Barbara, CA 93101

DRS Engineering, Inc.

P.O. Box 486

Bakersfield, CA 93390

DSC Painting

PO Box 20216

Bakersfield, CA 93390

Duke Engineering

44732 Yucca Ave.

Lancaster, CA 93534

FCI Lending Services Inc.

PO Box 27370

Anaheim, CA 92809-0112

Forege Trust Co.

PO Box 7080

San Carlos, CA 94070

Frank Gammichia

2766 Lyle St.

Sarasota, FL 34237

Hubble & Associates

6101 F. Street

Ste 100

Bakersfield, CA 93301

Internal Revenue Service

P.O. Box 7346

Philadelphia, PA 19101-7346

JoAnn Georgio

14035 Rosedale Hwy

Sp 10

Bakersfield, CA 93314-9688

John B Linford

PO Box 12678

Bakersfield, CA 93389-2578

John Deere Financial

PO Box 6600

Johnston, IA 50131-6600

Kathy J. Grahek

221 Olive St.

Oak View, CA 93022

Krazan & Associates Inc.

215 West Dakota Ave.

Clovis, CA 93612

La Costa LOans

703 Palomar Airport

Suite 225

Carlsbad, CA 92011

Le Beau Thelen

5001 Commercenter Dr.

Suite 300

Bakersfield, CA 93309

Logan Investments

12725 Ventura Blvd

Ste B

Studio City, CA 91604

McKee Ward Mechanical

12630 Snow Rd.

Bakersfield, CA 93314

Milwood Cabinet Company

2321 Virginia

Bakersfield, CA 93307

Pinnacle Surveying & Engineering Service

20412 Brian Way Ste 2A

Tehachapi, CA 93561

Prather Drywall

PO Box 9394

Bakersfield, CA 93389-9394

Robert & Rosina Korda LT 8/28/2022

12725 Ventura Blvd

Ste B

Studio City, CA 91604

San Joaquin Engineering

200 New Stine Rd.

Suite 175

Bakersfield, CA 93309

Sequuoia Loan Servicing Inc.

PO Box 12725 Ventura Blvd,

Ste B

Studio City, CA 91604

Strong Engineering

15327 Calavria Ct.

Bakersfield, CA 93314

Superior  Sanitation

2260 South Union Ave

Bakersfield, CA 93307

The Bakersfield Californian

3700 Pegasus Sr.

Ste 100

Bakersfield, CA 93308-6803

The Tom Lippman Enterprise

PO Box 6875

Santa Rosa, CA 95406-0875

United Site Services

PO Box 1870

Ashland, VA 23005-4870

United States Attorney

For Internal Revenue Service

2500 Tulare St. Ste. 4401

Fresno, CA 93721

Urners Inc.

4110 Wible Rd.

Bakersfield, CA 93313

US Securities & Exchange Commission

Attn: Bankruptcy Counsel

444 South Flower St.

Ste 900

Los Angeles, CA 90071-9591

Wall Wall & Peake

1920 20th St.

Bakersfield, CA 93301

WC Landscapes

9530 Hageman Rd.

Ste. B531

Bakersfield, CA 93312

Wilson Brothers Roofing

10024 Rosedale Hwy

Bakersfield, CA 93312