1
GREGORY S. POWELL, SBN CA 182199
Assistant United States Trustee
JORGE A. GAITAN, State Bar No. 288427
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone:     (559) 487-5002
Facsimile:     (559) 487-5030
Email:  Jorge.A.Gaitan@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BAKERSFIELD DIVISION**

| | |
|---|---|
| In re | ) Case No. 22-12016 |
| | ) |
| | ) Chapter 11 |
| Future Valley Construction, Inc., | ) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R.

Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests to

be added to the electronic service matrix and that all required notices, pleadings, and documents

be directed to:

> Office of the United States Trustee
> Attn: Jorge A. Gaitan
> 501 "I" Street, Suite 7-500
> Sacramento, CA 95814
> Email:  Jorge.A.Gaitan@usdoj.gov

Dated:  November 29, 2022                    TRACY HOPE DAVIS
                                                                UNITED STATES TRUSTEE

                                                                /s/ Jorge A. Gaitan
                                                                Trial Attorney for the
                                                                United States Trustee