United States Bankruptcy Court
Eastern District of California

In re: Case No. 22-12016-A

Future Valley Construction, Inc. Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-1  User: admin  Page 1 of 2
Date Rcvd: Dec 01, 2022  Form ID: 309F1  Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Future Valley Construction, Inc., 6200 Lake Ming Rd., Unit A-7, Bakersfield, CA 93306-9806 |
| aty | + | Jorge A. Gaitan, 501 I St #7-500, Sacramento, CA 95814-7304 |
| ustr | + | Tracy Hope Davis, Attn: Jorge A. Gaitan, 501 I St #7-500, Sacramento, CA 95814-7304 |
| 23487876 | + | AAA Quality Services, PO Box 535, Farmersville CA 93223-0535 |
| 23487877 | + | Austin Thomason, 700 Partridge Ave, Bakersfield CA 93309-1333 |
| 23487878 | | California Building Products, 2671 N Fordham Ave, Fresno CA 93727-8614 |
| 23487880 | + | Carroll Plumbing Main, 2825 De La Vina St, Santa Barbara CA 93105-3421 |
| 23487882 | + | Container All, 510 Castillo St, Ste 340, Santa Barbara CA 93101-3406 |
| 23487883 | + | DRS Engineering Inc, P O Box 486, Bakersfield CA 93302-0486 |
| 23487884 | + | DSC Painting, PO Box 20216, Bakersfield CA 93390-0216 |
| 23487885 | + | Duke Engineering, 44732 Yucca Ave, Lancaster CA 93534-3203 |
| 23487886 | | FCI Lending Services Inc, PO Box 27370, Anaheim CA 92809-0112 |
| 23487887 | + | Forege Trust Co, PO Box 7080, San Carlos CA 94070-7080 |
| 23487888 | + | Frank Gammichia, 2766 Lyle St, Sarasota FL 34237-8130 |
| 23487889 | | Hubble Associates, 6101 F Street, Ste 100, Bakersfield CA 93301 |
| 23487891 | | JoAnn Georgio, 14035 Rosedale Hwy, Sp 10, Bakersfield CA 93314-9688 |
| 23487892 | + | John B Linford, PO Box 12678, Bakersfield CA 93389-2678 |
| 23487894 | + | Kathy J Grahek, 221 Olive St, Oak View CA 93022-9410 |
| 23487895 | + | Krazan Associates Inc, 215 West Dakota Ave, Clovis CA 93612-5608 |
| 23487896 | + | La Costa LOans, 703 Palomar Airport, Suite 225, Carlsbad CA 92011-1049 |
| 23487897 | + | Le Beau Thelen, 5001 Commercenter Dr, Suite 300, Bakersfield CA 93309-1687 |
| 23487898 | + | Logan Investments, 12725 Ventura Blvd, Ste B, Studio City CA 91604-2437 |
| 23487899 | + | McKee Ward Mechanical, 12630 Snow Rd, Bakersfield CA 93314-8021 |
| 23487900 | + | Milwood Cabinet Company, 2321 Virginia, Bakersfield CA 93307-2545 |
| 23487901 | + | Pinnacle Surveying Engineering Servic, 20412 Brian Way Ste 2A, Tehachapi CA 93561-8782 |
| 23487902 | | Prather Drywall, PO Box 9394, Bakersfield CA 93389-9394 |
| 23487903 | + | Robert Rosina Korda LT 8 28 2022, 12725 Ventura Blvd, Ste B, Studio City CA 91604-2437 |
| 23487904 | + | San Joaquin Engineering, 200 New Stine Rd, Suite 175, Bakersfield CA 93309-2653 |
| 23487905 | | Sequuoia Loan Servicing Inc, PO Box 12725 Ventura Blvd, Ste B, Studio City CA 91604 |
| 23487906 | + | Strong Engineering, 15327 Calavria Ct, Bakersfield CA 93314-8053 |
| 23487907 | | Superior Sanitation, 2260 South Union Ave, Bakersfield CA 93307 |
| 23487909 | | The Tom Lippman Enterprise, PO Box 6875, Santa Rosa CA 95406-0875 |
| 23487910 | | United Site Services, PO Box 1870, Ashland VA 23005-4870 |
| 23487912 | + | Urners Inc, 4110 Wible Rd, Bakersfield CA 93313-2624 |
| 23487915 | + | WC Landscapes, 9530 Hageman Rd, Ste B531, Bakersfield CA 93312-3959 |
| 23487914 | + | Wall Wall Peake, 1920 20th St, Bakersfield CA 93301-4214 |
| 23487916 | + | Wilson Brothers Roofing, 10024 Rosedale Hwy, Bakersfield CA 93312-2603 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: dmgardner@dmaxlaw.com | | |
| | | Dec 02 2022 01:03:00 | D. Max Gardner, 930 Truxtun Ave., Suite 203, |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bakersfield, CA 93301 |
| smg | | EDI: EDD.COM | Dec 02 2022 06:03:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Dec 02 2022 06:03:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| smg | | EDI: IRS.COM | Dec 02 2022 06:03:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23487879 | | EDI: CALTAX.COM | Dec 02 2022 06:03:00 | California Franchise Tax Board, Bankruptcy Unit, P O Box 2952, Bankruptcy Section MS A-340, Sacramento CA 95812-2952 |
| 23487893 | | Email/Text: litbkcourtmail@johndeere.com | Dec 02 2022 01:03:00 | John Deere Financial, PO Box 6600, Johnston IA 50131-6600 |
| 23487913 | + | Email/Text: LAROBankruptcy@SEC.gov | Dec 02 2022 01:03:00 | US Securities Exchange Commission, Attn Bankruptcy Counsel, 444 South Flower St, Ste 900, Los Angeles CA 90071-2934 |
| 23487911 | + | Email/Text: Usacae-bankruptcy@usdoj.gov | Dec 02 2022 01:03:00 | United States Attorney, For Internal Revenue Service, 2500 Tulare St Ste 4401, Fresno CA 93721-1331 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23487881 | | Cavu Rock LLC |
| ust | *+ | Tracy Hope Davis, Attn: Jorge A. Gaitan, 501 I St #7-500, Sacramento, CA 95814-7304 |
| 23487890 | * | Internal Revenue Service, P O Box 7346, Philadelphia PA 19101-7346 |
| 23487908 | ##+ | The Bakersfield Californian, 3700 Pegasus Sr, Ste 100, Bakersfield CA 93308-6805 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2022      Signature:     /s/Gustava Winters

| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Future Valley Construction, Inc.**<br>Name | EIN   **45–4887478** |
| United States Bankruptcy Court   **Eastern District of California**<br>Case number:   **22–12016 – A – 11** | | Date case filed for chapter **11: 11/28/22** |

10/20

## Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, equity security holders, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Future Valley Construction, Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 6200 Lake Ming Rd.<br>Unit A–7<br>Bakersfield, CA 93306 | |
| **4. Debtor's attorney**<br><br>Name and address | D. Max Gardner<br>930 Truxtun Ave., Suite 203<br>Bakersfield, CA 93301 | Contact phone: |
| **5. Bankruptcy clerk's office**<br><br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Robert E. Coyle United States Courthouse<br>2500 Tulare Street, Suite 2501<br>Fresno, CA 93721–1318 | Hours: M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov<br>Contact phone (559) 499–5800<br><br>Date: 12/1/22 |
| **6. Meeting of creditors**<br><br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 5, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**By Telephone: 866–687–1257**<br>**Passcode: 1196032#** |

**For more information, see page 2 >**

Debtor **Future Valley Construction, Inc.**                                         Case number: **22–12016 – A – 11**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:**    **Filing Deadline: 4/5/23**   **For a governmental unit:**    **Filing Deadline: 5/30/23**    A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov, www.caeb.uscourts.gov, or at one of the Eastern District of California divisional offices. You may also complete a paperless proof of claim online at www.caeb.uscourts.gov/ElectronicClaims.aspx.    Your claim will be allowed in the amount scheduled unless:    • your claim is designated as *disputed*, *contingent*, or *unliquidated*;  • you file a proof of claim in a different amount; or  • you receive another notice.    If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.    You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.    Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important non–monetary rights, including the right to a jury trial. |
|---|---|
| 8. Exception to discharge deadline    The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted form discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.    **Deadline for filing the complaint: 3/6/23** |
| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. |