United States Bankruptcy Court
Eastern District of California

In re: Case No. 22-12016-A
Future Valley Construction, Inc. Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-1     User: auto     Page 1 of 2
Date Rcvd: Dec 01, 2022     Form ID: L50     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Future Valley Construction, Inc., 6200 Lake Ming Rd., Unit A-7, Bakersfield, CA 93306-9806 |
| aty | + | D. Max Gardner, 930 Truxtun Ave., Suite 203, Bakersfield, CA 93301-4700 |
| aty | + | Jorge A. Gaitan, 501 I St #7-500, Sacramento, CA 95814-7304 |
| ustr | + | Tracy Hope Davis, Attn: Jorge A. Gaitan, 501 I St #7-500, Sacramento, CA 95814-7304 |
| 23487876 | + | AAA Quality Services, PO Box 535, Farmersville CA 93223-0535 |
| 23487877 | + | Austin Thomason, 700 Partridge Ave, Bakersfield CA 93309-1333 |
| 23487878 | | California Building Products, 2671 N Fordham Ave, Fresno CA 93727-8614 |
| 23487880 | + | Carroll Plumbing Main, 2825 De La Vina St, Santa Barbara CA 93105-3421 |
| 23487882 | + | Container All, 510 Castillo St, Ste 340, Santa Barbara CA 93101-3406 |
| 23487883 | + | DRS Engineering Inc, P O Box 486, Bakersfield CA 93302-0486 |
| 23487884 | + | DSC Painting, PO Box 20216, Bakersfield CA 93390-0216 |
| 23487885 | + | Duke Engineering, 44732 Yucca Ave, Lancaster CA 93534-3203 |
| 23487886 | | FCI Lending Services Inc, PO Box 27370, Anaheim CA 92809-0112 |
| 23487887 | + | Forege Trust Co, PO Box 7080, San Carlos CA 94070-7080 |
| 23487888 | + | Frank Gammichia, 2766 Lyle St, Sarasota FL 34237-8130 |
| 23487889 | | Hubble Associates, 6101 F Street, Ste 100, Bakersfield CA 93301 |
| 23487891 | | JoAnn Georgio, 14035 Rosedale Hwy, Sp 10, Bakersfield CA 93314-9688 |
| 23487892 | + | John B Linford, PO Box 12678, Bakersfield CA 93389-2678 |
| 23487894 | + | Kathy J Grahek, 221 Olive St, Oak View CA 93022-9410 |
| 23487895 | + | Krazan Associates Inc, 215 West Dakota Ave, Clovis CA 93612-5608 |
| 23487896 | + | La Costa LOans, 703 Palomar Airport, Suite 225, Carlsbad CA 92011-1049 |
| 23487897 | + | Le Beau Thelen, 5001 Commercenter Dr, Suite 300, Bakersfield CA 93309-1687 |
| 23487898 | + | Logan Investments, 12725 Ventura Blvd, Ste B, Studio City CA 91604-2437 |
| 23487899 | + | McKee Ward Mechanical, 12630 Snow Rd, Bakersfield CA 93314-8021 |
| 23487900 | + | Milwood Cabinet Company, 2321 Virginia, Bakersfield CA 93307-2545 |
| 23487901 | + | Pinnacle Surveying Engineering Servic, 20412 Brian Way Ste 2A, Tehachapi CA 93561-8782 |
| 23487902 | | Prather Drywall, PO Box 9394, Bakersfield CA 93389-9394 |
| 23487903 | + | Robert Rosina Korda LT 8 28 2022, 12725 Ventura Blvd, Ste B, Studio City CA 91604-2437 |
| 23487904 | + | San Joaquin Engineering, 200 New Stine Rd, Suite 175, Bakersfield CA 93309-2653 |
| 23487905 | | Sequuoia Loan Servicing Inc, PO Box 12725 Ventura Blvd, Ste B, Studio City CA 91604 |
| 23487906 | + | Strong Engineering, 15327 Calavria Ct, Bakersfield CA 93314-8053 |
| 23487907 | | Superior Sanitation, 2260 South Union Ave, Bakersfield CA 93307 |
| 23487909 | | The Tom Lippman Enterprise, PO Box 6875, Santa Rosa CA 95406-0875 |
| 23487910 | | United Site Services, PO Box 1870, Ashland VA 23005-4870 |
| 23487912 | + | Urners Inc, 4110 Wible Rd, Bakersfield CA 93313-2624 |
| 23487915 | + | WC Landscapes, 9530 Hageman Rd, Ste B531, Bakersfield CA 93312-3959 |
| 23487914 | + | Wall Wall Peake, 1920 20th St, Bakersfield CA 93301-4214 |
| 23487916 | + | Wilson Brothers Roofing, 10024 Rosedale Hwy, Bakersfield CA 93312-2603 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 23487879 | Email/Text: BKBNCNotices@ftb.ca.gov | | |

| Recip ID | | | |
|---|---|---|---|
| | | Dec 02 2022 01:03:00 | California Franchise Tax Board, Bankruptcy Unit, P O Box 2952, Bankruptcy Section MS A-340, Sacramento CA 95812-2952 |
| 23487893 | Email/Text: litbkcourtmail@johndeere.com | Dec 02 2022 01:03:00 | John Deere Financial, PO Box 6600, Johnston IA 50131-6600 |
| 23487890 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 02 2022 01:03:00 | Internal Revenue Service, P O Box 7346, Philadelphia PA 19101-7346 |
| 23487913 | + Email/Text: LAROBankruptcy@SEC.gov | Dec 02 2022 01:03:00 | US Securities Exchange Commission, Attn Bankruptcy Counsel, 444 South Flower St, Ste 900, Los Angeles CA 90071-2934 |
| 23487911 | + Email/Text: Usacae-bankruptcy@usdoj.gov | Dec 02 2022 01:03:00 | United States Attorney, For Internal Revenue Service, 2500 Tulare St Ste 4401, Fresno CA 93721-1331 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23487881 | | Cavu Rock LLC |
| ust | *+ | Tracy Hope Davis, Attn: Jorge A. Gaitan, 501 I St #7-500, Sacramento, CA 95814-7304 |
| 23487908 | ##+ | The Bakersfield Californian, 3700 Pegasus Sr, Ste 100, Bakersfield CA 93308-6805 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022    Signature:    /s/Gustava Winters

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721−1318**

(559) 499−5800
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM



## ORDER RE CHAPTER 11 STATUS CONFERENCE AND NOTICE THEREOF

**Case Number:**   22−12016 − A − 11
**Docket Control Number:**   CAE−1

(Docket Control number CAE−1 must be used on all status conference reports, and for original and continued hearings in this case.)

**Debtor Name(s) and Address(es):**

Future Valley Construction, Inc.
 6200 Lake Ming Rd.
Unit A−7
Bakersfield, CA 93306

  **IT IS ORDERED** that, pursuant to 11 U.S.C. § 105(d), the principal bankruptcy counsel for the debtor in possession, or counsel for the Chapter 11 trustee if one has been appointed, and counsel for the creditors' committee (if any) shall appear for a status conference on the following date, time and place:

**DATE & TIME:**   2/9/23 at 10:30 AM
**PLACE:**   U.S. Bankruptcy Court
  Bakersfield Federal Courthouse, 510 19th Street, Bakersfield, CA

   In addition, the United States Trustee and any creditor or party in interest is invited to attend. The purpose of the conference is to expedite the chapter 11 case by establishing early and continuing control, to discourage wasteful litigation activities, and to facilitate settlement of disputed matters.

  **IT IS FURTHER ORDERED** that at least 14 days prior to the date of the foregoing Initial Status Conference date, the debtor in possession, or Chapter 11 trustee if one has been appointed, shall file a Status Report (which shall include Items 1−9 below) and shall serve that report on the case or standing trustee, the United States Trustee, any committee appointed pursuant to Bankruptcy Code § 1102 or its authorized agents, or if no such committee is appointed, the creditors referred to in the list filed pursuant to Federal Rule of Bankruptcy Procedure 1007(d), and all creditors and other parties in interest who have requested special notice in this case.

   At the status conference, principal bankruptcy counsel for the debtor in possession, or counsel for the Chapter 11 Trustee if one has been appointed, shall appear personally and shall be prepared to advise the court concerning the following:

1. Administrative solvency of the estate, including identification and treatment of potential professional fees and § 503(b)(9) administrative claims.
2. Motions for relief from stay which are pending or which have already been acted upon.
3. Motions under Bankruptcy Code § 365(d)(3) or (4) which are pending or which have already been acted upon.
4. The status of any stipulations or motions for use of cash collateral or the obtaining of credit.
5. Whether the proper employment of professionals has been accomplished.
6. Any pending motions to convert or dismiss the chapter 11 case, or to appoint a chapter 11 trustee.

Continued on Next Page

[

7. Intentions concerning a reorganization plan, including a realistic timetable for filing a disclosure statement and a plan and for setting hearings on both.
8. The timely filing of monthly operating reports, the establishment of debtor–in–possession bank accounts, payment of United States Trustee's fees and proof of adequate insurance.
9. Any other matters which might materially affect the administration of this chapter 11 case.

**This is notice that** the court may, *sua sponte*, at the status conference, order the case dismissed or converted to chapter 7, or may order the appointment of a chapter 11 trustee.

Dated:
12/1/22

For the Court,
Wayne Blackwelder , Clerk