United States Bankruptcy Court
Eastern District of California

In re:                                                    Case No. 22-12016-A
Future Valley Construction, Inc.                    Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-1                      User: auto                      Page 1 of 2
Date Rcvd: Dec 01, 2022             Form ID: pdf020               Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Future Valley Construction, Inc., 6200 Lake Ming Rd., Unit A-7, Bakersfield, CA 93306-9806 |
| aty | + | D. Max Gardner, 930 Truxtun Ave., Suite 203, Bakersfield, CA 93301-4700 |
| aty | + | Jorge A. Gaitan, 501 I St #7-500, Sacramento, CA 95814-7304 |
| ustr | + | Tracy Hope Davis, Attn: Jorge A. Gaitan, 501 I St #7-500, Sacramento, CA 95814-7304 |
| 23487876 | + | AAA Quality Services, PO Box 535, Farmersville CA 93223-0535 |
| 23487877 | + | Austin Thomason, 700 Partridge Ave, Bakersfield CA 93309-1333 |
| 23487878 | | California Building Products, 2671 N Fordham Ave, Fresno CA 93727-8614 |
| 23487880 | + | Carroll Plumbing Main, 2825 De La Vina St, Santa Barbara CA 93105-3421 |
| 23487882 | + | Container All, 510 Castillo St, Ste 340, Santa Barbara CA 93101-3406 |
| 23487883 | + | DRS Engineering Inc, P O Box 486, Bakersfield CA 93302-0486 |
| 23487884 | + | DSC Painting, PO Box 20216, Bakersfield CA 93390-0216 |
| 23487885 | + | Duke Engineering, 44732 Yucca Ave, Lancaster CA 93534-3203 |
| 23487886 | | FCI Lending Services Inc, PO Box 27370, Anaheim CA 92809-0112 |
| 23487887 | + | Forege Trust Co, PO Box 7080, San Carlos CA 94070-7080 |
| 23487888 | + | Frank Gammichia, 2766 Lyle St, Sarasota FL 34237-8130 |
| 23487889 | | Hubble Associates, 6101 F Street, Ste 100, Bakersfield CA 93301 |
| 23487891 | | JoAnn Georgio, 14035 Rosedale Hwy, Sp 10, Bakersfield CA 93314-9688 |
| 23487892 | + | John B Linford, PO Box 12678, Bakersfield CA 93389-2678 |
| 23487894 | + | Kathy J Grahek, 221 Olive St, Oak View CA 93022-9410 |
| 23487895 | + | Krazan Associates Inc, 215 West Dakota Ave, Clovis CA 93612-5608 |
| 23487896 | + | La Costa LOans, 703 Palomar Airport, Suite 225, Carlsbad CA 92011-1049 |
| 23487897 | + | Le Beau Thelen, 5001 Commercenter Dr, Suite 300, Bakersfield CA 93309-1687 |
| 23487898 | + | Logan Investments, 12725 Ventura Blvd, Ste B, Studio City CA 91604-2437 |
| 23487899 | + | McKee Ward Mechanical, 12630 Snow Rd, Bakersfield CA 93314-8021 |
| 23487900 | + | Milwood Cabinet Company, 2321 Virginia, Bakersfield CA 93307-2545 |
| 23487901 | + | Pinnacle Surveying Engineering Servic, 20412 Brian Way Ste 2A, Tehachapi CA 93561-8782 |
| 23487902 | | Prather Drywall, PO Box 9394, Bakersfield CA 93389-9394 |
| 23487903 | + | Robert Rosina Korda LT 8 28 2022, 12725 Ventura Blvd, Ste B, Studio City CA 91604-2437 |
| 23487904 | + | San Joaquin Engineering, 200 New Stine Rd, Suite 175, Bakersfield CA 93309-2653 |
| 23487905 | | Sequuoia Loan Servicing Inc, PO Box 12725 Ventura Blvd, Ste B, Studio City CA 91604 |
| 23487906 | + | Strong Engineering, 15327 Calavria Ct, Bakersfield CA 93314-8053 |
| 23487907 | | Superior Sanitation, 2260 South Union Ave, Bakersfield CA 93307 |
| 23487909 | | The Tom Lippman Enterprise, PO Box 6875, Santa Rosa CA 95406-0875 |
| 23487910 | | United Site Services, PO Box 1870, Ashland VA 23005-4870 |
| 23487912 | + | Urners Inc, 4110 Wible Rd, Bakersfield CA 93313-2624 |
| 23487915 | + | WC Landscapes, 9530 Hageman Rd, Ste B531, Bakersfield CA 93312-3959 |
| 23487914 | + | Wall Wall Peake, 1920 20th St, Bakersfield CA 93301-4214 |
| 23487916 | + | Wilson Brothers Roofing, 10024 Rosedale Hwy, Bakersfield CA 93312-2603 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 23487879 | Email/Text: BKBNCNotices@ftb.ca.gov | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 02 2022 01:03:00 | California Franchise Tax Board, Bankruptcy Unit, P O Box 2952, Bankruptcy Section MS A-340, Sacramento CA 95812-2952 |
| 23487893 | | Email/Text: litbkcourtmail@johndeere.com | Dec 02 2022 01:03:00 | John Deere Financial, PO Box 6600, Johnston IA 50131-6600 |
| 23487890 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 02 2022 01:03:00 | Internal Revenue Service, P O Box 7346, Philadelphia PA 19101-7346 |
| 23487913 | + | Email/Text: LAROBankruptcy@SEC.gov | Dec 02 2022 01:03:00 | US Securities Exchange Commission, Attn Bankruptcy Counsel, 444 South Flower St, Ste 900, Los Angeles CA 90071-2934 |
| 23487911 | + | Email/Text: Usacae-bankruptcy@usdoj.gov | Dec 02 2022 01:03:00 | United States Attorney, For Internal Revenue Service, 2500 Tulare St Ste 4401, Fresno CA 93721-1331 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23487881 | | Cavu Rock LLC |
| ust | *+ | Tracy Hope Davis, Attn: Jorge A. Gaitan, 501 I St #7-500, Sacramento, CA 95814-7304 |
| 23487908 | ##+ | The Bakersfield Californian, 3700 Pegasus Sr, Ste 100, Bakersfield CA 93308-6805 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022      Signature:     /s/Gustava Winters

EDC.002–780 | Page 1 of 2
Notice of Incomplete Filing or Filing of Outdated Forms and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed    (v.3.0)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

### NOTICE OF INCOMPLETE FILING OR FILING OF OUTDATED FORMS AND NOTICE OF INTENT TO DISMISS CASE IF DOCUMENTS ARE NOT TIMELY FILED

| In re | Case Number |
|---|---|
| Future Valley Construction, Inc.<br><br>Debtor(s). | 22–12016 – A – 11 |

The petition filed on 11/28/22 by the above–named debtor(s) was not accompanied by all required documents.

**NOTICE IS HEREBY GIVEN** that the following documents are missing and must be filed, or one of the other options described below must be taken, by the date(s) indicated *(if two dates are shown, two separate deadlines are established for each of the options described below; each date must be timely satisfied as to the documents governed by that date)*.

If "Verification and Master Address List" is listed above, the notice of meeting of creditors will be sent by the court to the debtor(s), the attorney for the debtor(s), if any, and the trustee ONLY. Thereafter, it will be the attorney for the debtor(s)'s, or the pro se debtor's responsibility to serve notice of the meeting of creditors that includes the debtor's and, if applicable, the joint debtor's FULL social security number(s) on all creditors, and to file with the court a proof of service indicating that service has been made, together with a REDACTED version of the notice, showing only the last four digits of the social security number(s).

If "Statement of SSN" is listed above, the attorney for the debtor(s) or the pro se debtor must provide notice of the debtor's and, if applicable, the joint debtor's FULL social security number(s) to the trustee and all creditors. A proof of service, indicating that service has been made, together with a REDACTED version of the notice, showing only the last four digits of the social security number(s), must be filed with the court.

**The following document(s) must be received by the bankruptcy clerk's office by 12/12/22.** If documents were submitted and marked deficient, it may be because outdated forms were used, Please see page 2 for information on where to obtain current forms. Failure to resubmit documents on current forms may result in the case being dismissed. The Clerk's office will not compare revised forms to determine whether any information has been changed. To make changes to schedules, statements, and/or lists that have already been filed, these items should be marked "AMENDED" and should be submitted along with the appropriate fee, if necessary, and an amendment cover sheet (EDC Form 2–015).

- Attorney's Disclosure Stmt.
- List – Equity Security Holders
- Master Equity Security Holder Address List
- Schedule A/B – Real and Personal Property
- Schedule D – Secured Creditors
- Schedule E/F – Unsecured Claims
- Schedule G – Executory Contracts
- Schedule H – Codebtors
- Statement of Financial Affairs
- Summary of Assets and Liabilities

The items listed in this notice are not necessarily all of the items that remain to be filed (see, for example 11 U.S.C. sec. 1116(1)).

**NOTICE IS FURTHER GIVEN** that the Court, without further notice, may dismiss this case unless the debtor does one of the following <u>on or before the date specified above</u> (if two dates are shown, the debtor must do the following on or before the earlier of the two dates):

1. **Files all missing documents** with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below;  **OR**

2. **Files a motion for an extension of time to file the missing documents** with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below. Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), motions for extensions of time must be filed prior to the expiration of the prescribed periods. Extensions of time to file schedules, statements, and other documents may be granted only on motion for cause shown and on notice to committees, the United States Trustee, trustee, examiner, and others as directed by the Court. <u>See</u> Fed. R. Bankr. P. 1007(c);   **OR**

3. **Files a Notice of Hearing on the Court's Notice of Intent to Dismiss Case supported by a statement of the issue and evidence** with the Clerk, U.S. Bankruptcy Court by mail or in person at the address shown below, setting the hearing on **02/09/2023 at 10:30 AM at the U.S. Bankruptcy Court Bakersfield Federal Courthouse, 510 19th Street , Bakersfield , CA.** The Notice of Hearing and statement of the issue and evidence shall be served on the trustee, trustee's attorney, if any, all creditors, and other parties in interest. Proof of service, in the form of a certificate of service, shall be filed with the Clerk concurrently with the Notice of Hearing and statement of the issue and evidence, or not more than three (3) days thereafter.

**NOTICE IS FURTHER GIVEN** that on or before the date specified above, the trustee, a creditor, or other party in interest may file a Notice of Hearing on the Court's Notice of Intent to Dismiss Case to show cause why this case should <u>not</u> be dismissed with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below. The Notice of Hearing shall set the hearing for the same date, time, and location as indicated in option 3 above, and shall be supported by a statement of the issue and evidence. The Notice of Hearing and statement of the issue and evidence shall be served on the debtor, debtor's attorney, if any, the trustee, trustee's attorney, if any, all creditors, and other parties in interest. Proof of service, in the form of a certificate of service, shall be filed with the Clerk concurrently with the Notice of Hearing and statement of the issue and evidence, or not more than three (3) days thereafter.

*If no Notice of Hearing on the Court's Notice of Intent to Dismiss Case Is filed, no hearing will be calendared.* **THEREFORE, YOU SHOULD NOT APPEAR AT THE DATE AND TIME INDICATED ABOVE UNLESS YOU FILED A NOTICE OF HEARING, OR UNLESS YOU ARE SERVED WITH A NOTICE OF HEARING FILED BY ANOTHER PARTY.**

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE. Failure to timely file the missing documents, to timely seek an extension of time, or to timely file a Notice of Hearing on the Court's Notice of Intent to Dismiss Case may result in the <u>automatic dismissal</u> of this bankruptcy case <u>without further notice</u>.** If you have already complied with the above requirement(s), please disregard this notice.

Dated:  11/29/22                                                  Wayne Blackwelder Clerk,
                                                                                BY: ltrf , Deputy Clerk
                                                                                U.S. Bankruptcy Court
                                                                                Robert E. Coyle United States Courthouse
                                                                                2500 Tulare Street, Suite 2501
                                                                                Fresno, CA 93721–1318
                                                                                (559) 499–5800

## MORE INFORMATION CONCERNING REQUIRED FORMS

- Individual forms are available on the court's website at https://www.caeb.uscourts.gov/Forms/FormsAndPublications.aspx. You can search by form title or form number.
- Forms packages and instructions for Individual and Non–Individual debtors are available on the court's website at https://www.caeb.uscourts.gov/Forms/FormsPackage.aspx.
- Pro Se debtors may find useful information by going to http://www.caeb.uscourts.gov/FilingWithoutAnAttorney.aspx.