**Fill in this information to identify the case:**

Debtor name    **Future Value Construction, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2022-12016**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..............................................................................  $    **9,250,000.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*...........................................................................  $    **383,571.00**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.............................................................................  $    **9,633,571.00**

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $    **7,487,142.81**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$    **917,012.28**

4. Total liabilities ......................................................................................................
   Lines 2 + 3a + 3b          $    **8,404,155.09**

**Fill in this information to identify the case:**

Debtor name          **Future Value Construction, Inc.**

United States Bankruptcy Court for the:          EASTERN DISTRICT OF CALIFORNIA

Case number (if known)          **2022-12016**

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Pre-petition Union Bank account** | **General checking** | **2047** | **$22,355.00** |
| 3.2. | **Pre-petition Union Bank** | **Payroll** | **8848** | **$366.00** |
| 3.3. | **Pre-petition Union Bank** | **Secured Card Deposit** | | **$3,000.00** |
| 3.4. | **$125,000 held by Landmark Escrow, as remaining funds provided by Logan Investments.  Funds are frozen by lender.** | **Escrow account** | | **$125,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

|  | $150,721.00 |
| --- | --- |

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.

Debtor **Future Value Construction, Inc.**      Case number *(If known)* **2022-12016**

Name

☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |
| 14.   **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1.   **Builder stocks (publicly traded).** | | $850.00 |

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:      % of ownership

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.   **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.      **$850.00**

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Debtor    **Future Value Construction, Inc.**        Case number *(If known)* **2022-12016**
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2005 Land Rover LR3, 286,000 miles, new engine** | **$5,000.00** | | **$5,000.00** |
| 47.2. **Drafting board with stand (1), desk & credenza (2), 2 file cabinets, digitizer, 10 client chairs, small conference room table, secretary desks (2), desktop computer, laptop, fridge.** | **$5,000.00** | Comparable sale | **$5,000.00** |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
| **2019 John Deere 85G; 610 hours** | **$115,000.00** | Comparable sale | **$115,000.00** |
| **2019 John Deere 210L; 550 Hours** | **$85,000.00** | Comparable sale | **$85,000.00** |
| **Construction handtools and miscellaneous power tools: power hammer, skill saws, shovels, rakes, hardware, compressor, mower, trractor accessories,hydrailic hammer, backhoe buckets,, compaction wheel.** | **$22,000.00** | Comparable sale | **$22,000.00** |

**51.**    **Total of Part 8.**                           **$232,000.00**
Add lines 47 through 50.  Copy the total to line 87.

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor **Future Value Construction, Inc.**     Case number *(If known)* **2022-12016**
 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **Office located at 6200 Lake Ming Rd., Unit 7** | Leasehold; month to month | **$0.00** | | **$0.00** |
| 55.2. **260 East Mountain Dr., Montecito, CA 93108, substantially improved custom residential lot** | Fee, subject to encumbrances of record | **$1,350,000.00** | Appraisal | **$1,350,000.00** |
| 55.3. **262 East Mountain Drive., Montecito, CA 93108, substantially improved custom resideintial lot** | Fee, subject to encumbrances of record | **$1,350,000.00** | | **$1,350,000.00** |
| 55.4. **266 East Mountain Drive, Montecito, CA 93108, substantially improved custom residential lot** | Fee subject to encumbrances of record | **$1,350,000.00** | Comparable sale | **$1,350,000.00** |
| 55.5. **Lakeview at Rio Bravo subdivision. Subdivision consists of five finished lots (curbs & gutters), 43 substantially improved lots (final map not recorded), 68 "paper" lots (tentative map with no improvements). Five finisihed lots: $125,000 per lot. 43 lots: $140,000 per lot. 68 lots: $20,000 per lot.** | Fee subject to encumbrances of record | **$0.00** | N/A | **$5,200,000.00** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    | **$9,250,000.00** |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 10:**  **Intangibles and intellectual property**

Debtor **Future Value Construction, Inc.**                    Case number *(If known)* **2022-12016**
_____
Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor     **Future Value Construction, Inc.**                     Case number *(If known)*  **2022-12016**
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $150,721.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $850.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $232,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................................> | | $9,250,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $383,571.00 | + 91b. $9,250,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $9,633,571.00 |

| Fill in this information to identify the case: |
|---|
| Debtor name **Future Value Construction, Inc.** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) **2022-12016** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Cavu Rock LLC** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Lakeview at Rio Bravo subdivision.** | **$1,200,000.00** / **$5,200,000.00** |
| | Creditor's mailing address | **Describe the lien**<br>**Second position deed of trust**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred** | | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Logan Investments**<br>**2. Cavu Rock LLC** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| 2.2 | **FCI Lending Services Inc.** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**260 East Mountain Dr., Montecito, CA 93108, substantially improved custom residential lot** | **$807,066.83** / **$1,350,000.00** |
| | **PO Box 27370**<br>**Anaheim, CA 92809-0112**<br>Creditor's mailing address | **Describe the lien**<br>**First deed of trust**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred** | | |
| | **Last 4 digits of account number**<br>**3014** | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | |

Debtor **Future Value Construction, Inc.**                    Case number (if known) **2022-12016**
_____
Name

☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☑ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **FCI Lending Services Inc.** | **Describe debtor's property that is subject to a lien** | $807,066.83 | $1,350,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**262 East Mountain Drive., Montecito, CA 93108, substantially improved custom resideintial lot**

**PO Box 27370**
**Anaheim, CA 92809-0112**
Creditor's mailing address

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2885**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Forege Trust Co.** | **Describe debtor's property that is subject to a lien** | $70,700.00 | $125,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Lot 18 Lakeview Rio Bravo (Separate from subdivision)**

**PO Box 7080**
**San Carlos, CA 94070**
Creditor's mailing address

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Frank Gammichia** | **Describe debtor's property that is subject to a lien** | $70,700.00 | $125,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Lot 8 Lakeview at Rio Bravo. (Separate from subdivision)**

**2766 Lyle St.**
**Sarasota, FL 34237**
Creditor's mailing address

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
☑ No

---

Debtor **Future Value Construction, Inc.**          Case number (if known)  **2022-12016**
　　　　Name

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $18,814.00 | $115,000.00 |

Creditor's Name

**2019 John Deere 85G; 610 hours**

**PO Box 6600**
**Johnston, IA 50131-6600**

Creditor's mailing address

**Describe the lien**
**PMSI equipment**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6259**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.7 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $38,000.00 | $85,000.00 |

Creditor's Name

**2019 John Deere 210L; 550 Hours**

**PO Box 6600**
**Johnston, IA 50131-6600**

Creditor's mailing address

**Describe the lien**
**PMSI**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7272**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.8 | **La Costa Loans** | Describe debtor's property that is subject to a lien | $537,084.00 | $935,000.00 |

---

Debtor   **Future Value Construction, Inc.**     Case number (if known)   **2022-12016**

Name

---

Creditor's Name

**703 Palomar Airport**
**Suite 225**
**Carlsbad, CA 92011**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Lot 16 (under construction)**

**Describe the lien**

**First deed of trust**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Logan Investments** | | |
|-----|----------------------|---|---|

Creditor's Name

**12725 Ventura Blvd**
**Ste B**
**Studio City, CA 91604**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**     **$2,600,000.00**     **$5,200,000.00**

**Lakeview at Rio Bravo subdivision and three Montecito lots (blanket encumbrance)**

**Describe the lien**

**Blanket encumbrance**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Sequoia Loan Servicing Inc.** | | |
|------|--------------------------------|---|---|

Creditor's Name

**PO Box 12725 Ventura**
**Blvd,**
**Ste B**
**Studio City, CA 91604**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**     **$452,324.94**     **$809,900.00**

**12211 Wildhorse Ave (Lot 3 of Lakeview at Rio Bravo) (Model Home)**

**Describe the lien**

**First Deed of Trust**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | **Future Value Construction, Inc.** | Case number (if known) | **2022-12016** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **The Tom Lippman Enterprise** | Describe debtor's property that is subject to a lien | $885,386.21 | $1,350,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **266 East Mountain Drive, Montecito, CA 93108, substantially improved custom residential lot** | | |
| | **PO Box 6875** **Santa Rosa, CA 95406-0875** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **First deed of trust** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | | ☐ No | | |
| | **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $7,487,142.81 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **JCAP Private Lending** **3151 Airway Ave.** **Ste Q3** **Costa Mesa, CA 92626** | Line **2.2** | |
| **JCAP Private Lending** **3151 Airway Ave.** **Ste Q3** **Costa Mesa, CA 92626** | Line **2.3** | |
| **Robert & Rosina Korda LT 8/28/2022** **12725 Ventura Blvd** **Ste B** **Studio City, CA 91604** | Line **2.9** | |

**Fill in this information to identify the case:**

Debtor name     **Future Value Construction, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     **2022-12016**

☐ Check if this is an
   amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**California Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Bankruptcy Section MS A-340
Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

## Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Future Value Construction, Inc.** | Case number (if known) | **2022-12016** |
|---|---|---|---|
| | Name | | |

**3.1** | Nonpriority creditor's name and mailing address
**AAA Quality Services**
**PO Box 535**
**Farmersville, CA 93223**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,781.93**

---

**3.2** | Nonpriority creditor's name and mailing address
**Austin Thomason**
**700 Partridge Ave.**
**Bakersfield, CA 93309**

Date(s) debt was incurred  **2014**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal loan**

Is the claim subject to offset? ■ No ☐ Yes

**$60,833.72**

---

**3.3** | Nonpriority creditor's name and mailing address
**California Building Products**
**2671 N. Fordham Ave.**
**Fresno, CA 93727-8614**

Date(s) debt was incurred  **2022 & pr.**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$16,085.00**

---

**3.4** | Nonpriority creditor's name and mailing address
**Carroll Plumbing & Main**
**2825 De La Vina St.**
**Santa Barbara, CA 93105**

Date(s) debt was incurred  **2022 & pr**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

**3.5** | Nonpriority creditor's name and mailing address
**Container All**
**510 Castillo St.**
**Ste 340**
**Santa Barbara, CA 93101**

Date(s) debt was incurred  **2022 & pr.**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$963.96**

---

**3.6** | Nonpriority creditor's name and mailing address
**DRS Engineering, Inc.**
**P.O. Box 486**
**Bakersfield, CA 93390**

Date(s) debt was incurred  **2022 & pr.**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,666.26**

---

**3.7** | Nonpriority creditor's name and mailing address
**DSC Painting**
**PO Box 20216**
**Bakersfield, CA 93390**

Date(s) debt was incurred  **2022 & pr.**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$6,537.86**

| Debtor | **Future Value Construction, Inc.** | Case number (if known) | **2022-12016** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,250.00** |
|---|---|---|---|

**Duke Engineering**
**44732 Yucca Ave.**
**Lancaster, CA 93534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022 & pr.**

Basis for the claim:  **Goods/Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,562.00** |
|---|---|---|---|

**Hubble & Associates**
**6101 F. Street**
**Ste 100**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022 & pr**

Basis for the claim:  **Goods/Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,868.00** |
|---|---|---|---|

**JoAnn Georgio**
**14035 Rosedale Hwy**
**Sp 10**
**Bakersfield, CA 93314-9688**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022 & pr**

Basis for the claim:  **Goods/Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$616.00** |
|---|---|---|---|

**John B Linford**
**PO Box 12678**
**Bakersfield, CA 93389-2578**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022 & pr**

Basis for the claim:  **Goods/Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600,000.00** |
|---|---|---|---|

**Kathy J. Grahek**
**221 Olive St.**
**Oak View, CA 93022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

Basis for the claim:  **Personal loan**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,918.00** |
|---|---|---|---|

**Krazan & Associates Inc.**
**215 West Dakota Ave.**
**Clovis, CA 93612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022 & pr.**

Basis for the claim:  **Goods/Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,620.00** |
|---|---|---|---|

**Le Beau Thelen**
**5001 Commercenter Dr.**
**Suite 300**
**Bakersfield, CA 93309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022 & pr.**

Basis for the claim:  **Goods/Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Future Value Construction, Inc. | Case number (if known) | 2022-12016 |
|---|---|---|---|
| | Name | | |

**3.15** | Nonpriority creditor's name and mailing address
**McKee Ward Mechanical**
**12630 Snow Rd.**
**Bakersfield, CA 93314**

Date(s) debt was incurred  **2022 & pr.**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,311.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**Milwood Cabinet Company**
**2321 Virginia**
**Bakersfield, CA 93307**

Date(s) debt was incurred  **2022 & pr.**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$20,566.00**

---

**3.17** | Nonpriority creditor's name and mailing address
**Pinnacle Surveying & Engineering Service**
**20412 Brian Way Ste 2A**
**Tehachapi, CA 93561**

Date(s) debt was incurred  **2022 & pr.**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,845.00**

---

**3.18** | Nonpriority creditor's name and mailing address
**Prather Drywall**
**PO Box 9394**
**Bakersfield, CA 93389-9394**

Date(s) debt was incurred  **2022 & pr.**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Services**

Is the claim subject to offset? ■ No ☐ Yes

**$25,303.00**

---

**3.19** | Nonpriority creditor's name and mailing address
**San Joaquin Engineering**
**200 New Stine Rd.**
**Suite 175**
**Bakersfield, CA 93309**

Date(s) debt was incurred  **2022 & pr.**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$45,000.00**

---

**3.20** | Nonpriority creditor's name and mailing address
**Strong Engineering**
**15327 Calavria Ct.**
**Bakersfield, CA 93314**

Date(s) debt was incurred  **2022 & pr.**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$35,358.50**

---

**3.21** | Nonpriority creditor's name and mailing address
**Superior  Sanitation**
**2260 South Union Ave**
**Bakersfield, CA 93307**

Date(s) debt was incurred  **2022 & pr**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,290.78**

---

Debtor   **Future Value Construction, Inc.**       Case number (if known)   **2022-12016**
Name

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,100.00** |

**The Bakersfield Californian**
**3700 Pegasus Sr.**
**Ste 100**
**Bakersfield, CA 93308-6803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 & pr**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,038.27** |

**United Site Services**
**PO Box 1870**
**Ashland, VA 23005-4870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 & pr.**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |

**Urners Inc.**
**4110 Wible Rd.**
**Bakersfield, CA 93313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 & pr.**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**US Securities & Exchange Commission**
**Attn: Bankruptcy Counsel**
**444 South Flower St.**
**Ste 900**
**Los Angeles, CA 90071-9591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$295.00** |

**Wall Wall & Peake**
**1920 20th St.**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 & pr.**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,600.00** |

**WC Landscapes**
**9530 Hageman Rd.**
**Ste. B531**
**Bakersfield, CA 93312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 & pr.**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,972.00** |

**Wilson Brothers Roofing**
**10024 Rosedale Hwy**
**Bakersfield, CA 93312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022 & pr.**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

| Debtor | **Future Value Construction, Inc.** | Case number (if known) | **2022-12016** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **United States Attorney**<br>**For Internal Revenue Service**<br>**2500 Tulare St. Ste. 4401**<br>**Fresno, CA 93721** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **917,012.28** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **917,012.28** |

**Fill in this information to identify the case:**

Debtor name    **Future Value Construction, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2022-12016**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Month-to-month lease. Rent is $1,100 per month.** |
| State the term remaining | |
| List the contract number of any government contract | **Sarullo Investments, Inc.**<br>**PO Box 6659**<br>**Bakersfield, CA 93386** |

**Fill in this information to identify the case:**

Debtor name   **Future Value Construction, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   **2022-12016**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Chuck R. Thomason | 6200 Lake Ming Rd. Unit A7 Bakersfield, CA 93306 | Cavu Rock LLC | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Chuck R. Thomason | 6200 Lake Ming Rd. Unit A7 Bakersfield, CA 93306 | FCI Lending Services Inc. | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Chuck R. Thomason | 6200 Lake Ming Rd. Unit A7 Bakersfield, CA 93306 | FCI Lending Services Inc. | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 | Chuck R. Thomason | 6200 Lake Ming Rd. Unit A7 Bakersfield, CA 93306 | John Deere Financial | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |

Debtor    **Future Value Construction, Inc.**

Case number *(if known)*    **2022-12016**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | Chuck R. Thomason | 6200 Lake Ming Rd. Unit A7 Bakersfield, CA 93306 | John Deere Financial | ■ D   **2.7** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |
| 2.6 | Chuck R. Thomason | 6200 Lake Ming Rd. Unit A7 Bakersfield, CA 93306 | La Costa Loans | ■ D   **2.8** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |
| 2.7 | Chuck R. Thomason | 6200 Lake Ming Rd. Unit A7 Bakersfield, CA 93306 | Logan Investments | ■ D   **2.9** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |
| 2.8 | Chuck R. Thomason | 6200 Lake Ming Rd. Unit A7 Bakersfield, CA 93306 | The Tom Lippman Enterprise | ■ D   **2.11** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |

**Fill in this information to identify the case:**

Debtor name    **Future Value Construction, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   **2022-12016**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ☐ Operating a business<br>■ Other   Sales and draws | **$1,250,000.00** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **Sales and draws** | **$1,200,000.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Sequuoia Loan Servicing Inc.**<br>**PO Box 12725 Ventura Blvd, Ste B**<br>**Studio City, CA 91604** | **Monthly** | **$3,641.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Future Value Construction, Inc.**          Case number (*if known*) **2022-12016**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Krazen & Associates** | **October, 2022** | **$820.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Canyon Kitchen & Baths** | **October, 2022** | **$2,813.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **The Tom Lippman Enterprise**<br>PO Box 6875<br>Santa Rosa, CA 95406-0875 | **Stayed foreclosure on lot 266 Montecito** | | **$0.00** |
| **FCI Lending Services Inc.**<br>PO Box 27370<br>Anaheim, CA 92809-0112 | **Stayed foreclosure on lots 260, 262, Montecito, CA** | | **$0.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Future Value Construction, Inc.**     Case number *(if known)* **2022-12016**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **AG Sprayeron Trailer**<br>**Misc. tools taken from vehicle** | **None** | **August & September 2022** | **$5,400.00** |

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **D. Max Gardner**<br>**930 Truxtun Ave., Suite 203**<br>**Bakersfield, CA 93301** | **Retainer** | **November 21, 2022** | **$16,710.00** |
| Email or website address<br>**dmaxlaw.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Debtor  **Future Value Construction, Inc.**          Case number *(if known)* **2022-12016**

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor __**Future Value Construction, Inc.**_____  Case number *(if known)* __**2022-12016**_____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor   **Future Value Construction, Inc.**                Case number *(if known)* **2022-12016**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **JoAnn Georgio**<br>**14035 Rosedale Hwy**<br>**Sp 10**<br>**Bakersfield, CA 93314-9688** | **2019 to the present** |
| 26a.2.   **Hubble & Associates**<br>**6101 F. Street**<br>**Ste 100**<br>**Bakersfield, CA 93301** | **2010 to the present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Future Value Construction, Inc.**        Case number *(if known)*   **2022-12016**

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chuck R Thomason | 14035 Rosedale Hwy #10 Bakersfield, CA 93314 | Sole officer and director | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Future Value Construction, Inc.** _____    Case number *(if known)*    **2022-12016** _____

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December  9, 2022** _____

**/s/ Chuck R. Thomason** _____               **Chuck R. Thomason** _____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor     **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re **Future Value Construction, Inc.**                Case No.  **2022-12016**

Debtor(s)                Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **50,000.00** |
| Prior to the filing of this statement I have received | $ | **16,710.00** |
| Balance Due | $ | **33,290.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        □ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        □ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **$1,738 of retainer applied to filing fee. $3,087.50 utilized for pre-petition work. Balance in trust account is $11,884.50.   $50,000 appearing in this schedule is an estimate of one year's fees.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December  9, 2022**
*Date*

**/s/ D. Max Gardner**
**D. Max Gardner 132489**
*Signature of Attorney*
**D. Max Gardner, Attorney at Law**
**930 Truxtun Avenue**
**Suite #203**
**Bakersfield, CA 93301**
**661-888-4335  Fax: 661-591-4186**
**dmgardner@dmaxlaw.com**
*Name of law firm*