# United States Bankruptcy Court
## Eastern District of California

In re __Future Value Construction, Inc.__                                                        Case No. __2022-12016__
                                        Debtor(s)                                                Chapter __11__

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Chuck R. Thomason**, declare under penalty of perjury that I am the **President** of **Future Value Construction, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Chuck R. Thomason, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Chuck R. Thomason, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Chuck R. Thomason, President** of this Corporation is authorized and directed to employ **D. Max Gardner 132489**, attorney and the law firm of **D. Max Gardner, Attorney at Law** to represent the corporation in such bankruptcy case."

Date __November 28, 2022__                         Signed __/s/ Chuck R. Thomason__
                                                          Chuck R. Thomason

Resolution of Board of Directors
of
**Future Value Construction, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Chuck R. Thomason, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Chuck R. Thomason, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Chuck R. Thomason, President** of this Corporation is authorized and directed to employ **D. Max Gardner 132489**, attorney and the law firm of **D. Max Gardner, Attorney at Law** to represent the corporation in such bankruptcy case.

Date **November 28, 2022**          Signed _/s/ Chuck R. Thomason_

Date **November 28, 2022**          Signed _____