Stephen D. Finestone (125675)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 209-5027
Fax (415) 398-2820
kfineman@fhlawllp.com

Counsel for Interested Party
Sequoia Loan Servicing, Inc.

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# BAKERSFIELD DIVISION

| | |
|---|---|
| In re | Case No. 22-12016 |
| FUTURE VALLEY CONSTRUCTION, INC., | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Sequoia Loan Servicing, Inc. hereby appears and requests to be added to the electronic service matrix and that notice of all matters which may come before the Court also be directed to:

    FINESTONE HAYES LLP
    Stephen D. Finestone
    Kimberly S. Fineman
    456 Montgomery Street, 20th Floor
    San Francisco, California 94104
    Tel.: (415) 209-5027
    Fax: (415) 398-2820
    Email: sfinestone@fhlawllp.com
            kfineman@fhlawllp.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the

1 Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice
2 of any application, complaint, demand, motion, petition, pleading, claim objection, or request
3 whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-
4 mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed
5 or made with regard to the above-captioned case and proceedings therein.

7 Dated: December 23, 2022　　　　　　　FINESTONE HAYES LLP

By: _____*/s/ Kimberly S. Fineman*_____
　　　Kimberly S. Fineman
　　　Counsel for Sequoia Loan Servicing, Inc.