D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-591-7366 fax
dmgardner@dmaxlaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Bankruptcy Case No.: 2022-12016 |
| FUTURE VALUE CONSTRUCTION INC. | Chapter 11 |
| Debtor and Debtor-in-possession. | MBR-2 |

**DECLARATION OF CHUCK R. THOMASON IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

Date: March 1, 2023
Time: 9:30 a.m.
Place: Ctrm 11, 5th Fl.
2500 Tulare St., Fresno, CA
Judge: Hon. Jennifer E. Niemann

I, Chuck R. Thomason, declare as follows:

I, Chuck R. Thomason, declare as follows:

1. I am a resident of Kern County, California. I make this declaration based upon my own personal knowledge and could competently testify to the matters contained herein if called upon to do so.

2. Debtor is proceeding as planned in obtaining confirmation of a Chapter 11 plan.

1

With the two critical liabilities being paid in order for the Debtor to proceed with Phase 2 of the subdivision in Bakersfield, the Debtor will be able to realize cash income within the next 90 to 120 days.

    3. The asking price on the property subject to this motion has been lowered. and is being marketed aggressively in order for it to be liquidated. There is sufficient equity in the subject property to protect the Movant. The equity is essential to Debtor's plan of reorganization. Tthe properties are listed with the Santa Barbara Multiple Listing Service for all agents and broker members to access, plus they are showing on Zillow & Trulia. Debtor will reduce the price on the 260 Mountain Dr. property to $1,390,000 immediately, which is a 100K reduction. The 262 Mountain Dr. lot is already below market, but will be reduced to $ 1,150,000 which s a $ 40K reduction. At the reduced prices, based on the lot releases, the estate can see net proceeds of over $200,0000 after paying the first and second loans secured by deeds of trust.

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 15, 2023, at Bakersfield, California.

                      ___/s/*Chuck R. Thomson*_____
                        Chuck R. Thomason