United States Bankruptcy Court
Eastern District of California

| | |
|---|---|
| In re: | Case No. 22-12016-A |
| Future Value Construction, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0972-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 15, 2023 | Form ID: pdf030 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Future Value Construction, Inc., 6200 Lake Ming Rd., Unit A-7, Bakersfield, CA 93306-9806 |
| aty | + D. Max Gardner, 930 Truxtun Ave., Suite 203, Bakersfield, CA 93301-4700 |
| aty | + Jorge A. Gaitan, 501 I St #7-500, Sacramento, CA 95814-7304 |
| cr | Logan Investments, Wolf, Rifkin, Shapiro, Schulman, et al, 11400 W Olympic Blvd, 9th Fl, Los Angeles, CA 90064-1582 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion17.fr.ecf@usdoj.gov | Feb 16 2023 00:43:00 | Office of the U.S. Trustee, United States Courthouse, 2500 Tulare Street, Room 1401, Fresno, CA 93721-1326 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kimberly S. Fineman | on behalf of Interested Party Sequoia Loan Servicing Inc. kfineman@fhlawllp.com |
| Marshall Hogan | on behalf of Creditor Jayco Premium Finance of California Inc. mhogan@swlaw.com |

District/off: 0972-1 User: auto Page 2 of 2
Date Rcvd: Feb 15, 2023 Form ID: pdf030 Total Noticed: 5
TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 22-12016 - A - 11
 Future Value Construction, Inc.,  ) Docket Control No. CAE-1
                    Debtor.        ) Document No. 1
                                   ) Date: 02/15/2023
                                   ) Time: 9:30 AM
_____) Dept: A
```

**Order**

For the reasons stated on the record,

IT IS ORDERED that the status conference is CONTINUED to April 19, 2023, at 9:30 a.m. in Department A, Courtroom 11, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that the debtor shall file and serve a status report not later than April 12, 2023.

Dated: February 15 2023

Honorable Jennifer E. Niemann
United States Bankruptcy Judge

Continued Status Conference Re: Chapter 11 Voluntary Petition - [1] - Chapter 11 Voluntary Petition Non-Individual filed. (Fee Paid $0.00) (D Max Gardner) (eFilingID: 7153994) [1] - Statement Regarding Ownership of Corporate Debtor/Party. See page #13 of Voluntary Petition (ltrf)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Future Value Construction, Inc.
6200 Lake Ming Rd.
Unit A-7
Bakersfield CA 93306

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Logan Investments
Wolf, Rifkin, Shapiro, Schulman, et al
11400 W Olympic Blvd, 9th Fl
Los Angeles CA 90064-1582

D. Max Gardner
930 Truxtun Ave., Suite 203
Bakersfield CA 93301

Jorge A. Gaitan
501 I St #7-500
Sacramento CA 95814